

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00184-CV

| | | |
|---|---|---|
| Sunset Hills Homeowners Association, Inc. | § | From the 236th District Court |
| | § | of Tarrant County (236-271464-14) |
| v. | § | June 11, 2015 |
| Frank Carroll | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Sunset Hills Homeowners Association, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
      Justice Anne Gardner